**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:93-cr-00035-HDM |
| | ) | 3:11-cv-00096-HDM-RAM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MARK LEE MURRAY, | ) | |
| | ) | |
| Defendant. | ) | |

The government shall respond to the defendant's § 2255 motion (#56) on or before April 11, 2011.

DATED: This 11th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE