1
2
3
4
5
6
7
8
9
10
11
12                    **UNITED STATES DISTRICT COURT**
13                         **DISTRICT OF NEVADA**
14
15  UNITED STATES OF AMERICA,    )    3:93-cr-00035-HDM
                                 )    3:11-cv-00096-HDM-RAM
16              Plaintiff,       )
                                 )
17  vs.                          )
                                 )    ORDER
18  MARK LEE MURRAY,             )
                                 )
19              Defendant.       )
20  _____)

21       The defendant's motion for leave to file a reply (#59) to the
    government's opposition to his § 2255 motion is hereby granted.
22
    Defendant shall file any reply on or before April 21, 2011.
23
         DATED: This 21st day of March, 2011.
24
25                          *Howard D McKibben*
                        _____
26                          UNITED STATES DISTRICT JUDGE
27
28