**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:93-cr-00035-HDM |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| MARK LEE MURRAY, | ) | |
| Defendant. | ) | |

Defendant has filed a second or successive motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF Nos. 76 & 77). On February 16, 2017, the Court of Appeals authorized the filing of defendant's second or successive motion (ECF No. 78). Accordingly, and pursuant to General Order No. 2015-03, defendant's § 2255 motion is deemed filed *nunc pro tunc* to June 23, 2016.

IT IS SO ORDERED.

DATED: This 21st day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE