**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:93-cr-00035-HDM-1 |
| | ) | 3:11-cv-0096-HDM-RAM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARK LEE MURRAY, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant shall file a reply to the government's response to the defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (ECF Nos. 76, 77) on or before July 3, 2017.

IT IS SO ORDERED.

DATED: This 1st day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

1