# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:93-cr-00035-HDM-1 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MARK MURRAY, | ) | |
| Defendant. | ) | |

Defendant filed a successive 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence contending that his sentence should be vacated because the federal carjacking offense which served as a predicate for his 18 U.S.C. § 924(c) conviction no longer qualifies as a "crime of violence" in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015) (ECF No. 77). The government responded arguing, in part, that defendant's motion should be denied because federal carjacking does qualify as a crime of violence (ECF No. 81).

Since defendant filed his motion, the Ninth Circuit Court of Appeals issued its decision in *United States v. Gutierrez*, 876 F.3d 1254, 1257 (2017) wherein the court held that "the federal offense

1

of carjacking is categorically a crime of violence under § 924(c)."
Given the binding nature of the Ninth Circuit's ruling, defendant's
motion (ECF No. 77) is **DENIED**. Because the court's decision in this
matter is dispositive, the court declines to address the other
arguments raised in the defendant's motion and the government's
response.

IT IS SO ORDERED.

DATED: This 12th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE