**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 3:93-cr-35-HDM |
| Plaintiff | |
| v. | **Order Granting Motion to Redact Final Judgment (ECF 97)** |
| Mark Lee Murray, | |
| Defendant | |

Murray moves this Court to redact personal identifying information from the final judgment entered on December 19, 1994 (ECF 46). The Court grants Murray's motion. The Clerk of Court is directed to take the necessary steps to effectuate this order.

IT IS SO ORDERED.

Dated: February 28, 2019

_____
Howard D. McKibben
Senior U.S. District Judge