# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK LEE MURRAY,<br><br>　　　　　Defendant. | Case No. 3:93-CR-035-HDM<br>ORDER GRANTING<br>**STIPULATION TO CONTINUE**<br>**MOTION DEADLINE**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and ELIZABETH O. WHITE, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel for MARK LEE MURRAY, that deadline to file the supplement to motion for compassionate release be extended from May 21, 2020 to **May 28, 2020.**

　　　This is the first stipulation to continue the deadline to file supplement to motion for compassionate release.  Counsel needs additional time to review medical records and speak with the client located in Lompoc Federal Correctional Institution.  Counsel requests to

continue this deadline while exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 19th day of May, 2020.

|  |  |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ KATE BERRY*<br>By:_____<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for MARK LEE MURRAY | */s/ Elizabeth O. White*<br>By:_____<br>ELIZABETH O. WHITE<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this __20th__ day of May, 2020.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

2