UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:93-cr-00035-HDM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MARK LEE MURRAY, | |
| Defendant. | |

The defendant's motion for leave to file Exhibit A, which consists of the defendant's medical records, under seal (ECF No. 105) is GRANTED. Exhibit A (ECF No. 105-1) is deemed properly filed under seal.

IT IS SO ORDERED.

DATED: This 29th day of May, 2020.

                                                UNITED STATES DISTRICT JUDGE