UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:93-cr-00035-HDM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MARK LEE MURRAY, | |
| Defendant. | |

Defendant Mark Lee Murray has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF Nos. 101 & 104). The government has opposed (ECF No. 107), and Murray has replied (ECF No. 109).

It is hereby ordered that, on or before July 29, 2020, the government shall provide the court with any statements that the victims in this and the California case may wish to make with respect to Murray's motion for relief.

It is further ordered that, on or before July 29, 2020, the parties shall provide to the court information as to whether or not Murray has had any infractions while incarcerated and any additional information they may have with respect to the incidence of COVID-19 at his facility.

IT IS SO ORDERED.

DATED: This 29th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE

1